UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE NON-JUDICIAL CIVIL FORFEITURE :
PROCEEDING REGARDING $200,000 IN : STIPULATION AND ORDER
UNITED STATES CURRENCY SEIZED ON :
OR ABOUT SEPTEMBER 3, 2025 : 26 Misc. 97
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about September 3, 2025, the Drug Enforcement Administration ("DEA") seized $200,000.00 in United States currency (the "Seized Property") from Shannon Miller (the "Claimant") at the FedEx Eastern Region Facility located at 621 West 48th Street, New York, NY 10036, and the DEA initiated an administrative forfeiture proceeding against the Seized Property, pursuant to Title 21, United States Code, Section 881, by timely sending written notice of its intent to forfeit the Seized Property to all known interested parties;

WHEREAS, on November 29, 2025, the DEA received a claim from the Claimant asserting an interest in the Seized Property;

WHEREAS, the DEA subsequently referred the matter to the United States Attorney's Office for judicial forfeiture;

WHEREAS, no other party has claimed an interest in the Seized Property;

WHEREAS, Title 18, United States Code, Section 983(a)(3)(A) provides that, "not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a Court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties";

WHEREAS, pursuant to title 18, United States Code, Section 983(a)(3), the United States is required to file a civil complaint to forfeit the Seized Property no later than February 27, 2026;

WHEREAS, the Claimant, through counsel, Stephen Cooper, Esq., has consented to a three week extension of the deadline for the Government to file a complaint against the Seized Property;

WHEREAS, Stephen Cooper, Esq., attorney for the Claimant, represents and warrants that he is authorized to execute this Stipulation on behalf of his client, Shannon Miller; and

WHEREAS, the Government requests an extension of 21 days to file a complaint from February 27, 2026 to March 20, 2026;

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

NOW, THEREFORE, IT IS HEREBY ORDERED, upon agreement of the aforementioned parties and pursuant to Title 18, United States Code, Section 983(a)(3)(A), that the time in which the Government is required to file a complaint for forfeiture of the Seized Property is extended from February 27, 2026 up to and including March 20, 2026.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____          2/27/2026
Emily Deininger                         DATE
Assistant United States Attorney
26 Federal Plaza, 38th Floor
New York, New York 10278
(212) 637-2472

By: _____          2/26/26
Stephen Cooper, Esq.                    DATE
Attorney for Claimant
Law Offices of Stephen Cooper
48-05 39th Avenue
Sunnyside, NY 11104

SO ORDERED:

_____               _____
UNITED STATES DISTRICT JUDGE            DATE
SOUTHERN DISTRICT OF NEW YORK